**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

July 15, 2020

<u>BY ECF</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2020
```

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Lederman, et al. v. United States Department of State*, 20-cv-4011 (LTS) (RWL)

Dear Judge Lehrburger:

     I write on behalf of both parties in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), in advance of the initial pretrial conference, which is currently scheduled on July 23, 2020. Additionally, in advance of that conference, the parties have a submission due to the Court on July 16, 2020. The parties respectfully request that the initial conference be adjourned by approximately one week and that the corresponding submission be extended until July 24, 2020. This is the parties' first request for an extension.

     As a brief overview of this action, Plaintiffs Josh Lederman, a journalist for NBC, and NBC Universal Media, LLC (Lederman's employer), bring this action based upon a FOIA request submitted to the Department of State ("State" or "Department") on November 14, 2019 ("Request"). The Request sought all emails between an email address that Plaintiffs identified as the personal email address of Secretary of State Pompeo's wife and any state.gov email address for the time period spanning April 26, 2018, to November 13, 2019. Plaintiffs filed the complaint in this action on May 22, 2020, and State answered the complaint on July 2, 2020.

     The parties are still in the process of conferring relating to this matter and gathering relevant information, which the parties believe will be helpful in proposing a path forward in this action. Accordingly, the parties request that the initial conference be adjourned to the week of July 27th and that the parties be permitted to make a filing in advance of that initial conference on July 24, 2020. Currently, the parties are available for a conference on July 29, 30, and 31.

     The parties thank the Court for its attention to this matter.

            Respectfully,

            AUDREY STRAUSS
            Acting United States Attorney for the
            Southern District of New York

       By: */s/ Alexander J. Hogan*
            ALEXANDER J. HOGAN
            Assistant United States Attorney
            86 Chambers Street, Third Floor
            New York, New York 10007
            Tel.: (212) 637-2799
            E-mail: alexander.hogan@usdoj.gov

The Initial Pretrial Conference currently set for July 23, 2020 at 2:30 p.m. is rescheduled to August 11, 2020 at 2:30 p.m.

Counsel shall jointly complete and file Judge Lehrburger's [Proposed] Civil Case Management Plan and Scheduling Order, which must be submitted in compliance with Judge Lehrburger's Individual Practices, no later than August 4, 2020, by 5:00 p.m.

SO ORDERED: *[signature]*

7/20/2020

_____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE