UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JOSH LEDERMAN, et al.,                                    :
                                                          :
                              Plaintiffs,                 :
                                                          :
                - against -                               :
                                                          :
UNITED STATES DEPARTMENT OF STATE,    :
                                                          :
                              Defendant.                  :
--------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #:_____               │
│ DATE FILED:___9/28/2020____          │
└─────────────────────────────────────┘
```

20-CV-4011 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 4, 2020, the Court granted the parties' request for permission "to submit a status letter to the Court by September 15, 2020, in order to provide the Court with an update as to this matter and propose a further path forward for this action – including any issues related to the Department's processing rate and Plaintiffs' prioritization request." (Dkt. 13.)  As of September 28, 2020, the parties have not done so.  Accordingly, the parties shall submit such status letter no later than **October 5, 2020**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
        New York, New York

Copies transmitted this date to all counsel of record.